FILED

01/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0260

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0260

_____

CITY OF BILLINGS,

     Plaintiff and Appellee,

  v.                                         O R D E R

JENNIFER MICHELLE NORRIS-OSTERMILLER,

     Defendant and Appellant,

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Donald L. Harris, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 13 2021